IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Johnson, Vernesa

Printed: 02/24/09

Case Number: 08 B 25916
Judge: Wedoff, Eugene R
Filed: 9/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  December 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 400.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 3,495.25 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 3,281.11 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 100.41 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 155.21 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1.38 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 102.12 | 0.00 |
| 10. | AES/PHEAA | Unsecured | 500.63 | 0.00 |
| 11. | Applied Card Bank | Unsecured |  | No Claim Filed |
| 12. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 13. | Portfolio Recovery Associates | Unsecured |  | No Claim Filed |
| 14. | Wow Internet | Unsecured |  | No Claim Filed |
| 15. | AES/EFR | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,636.11 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Vernesa | Case Number: 08 B 25916 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 9/29/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*